Approved by the Board of Trustees
December 10, 2012; Revised 6/24/24



# RECONSIDERATION OF LIBRARY MATERIAL REGULATIONS

Any Greenville County adult may request that the location or inclusion of an item in the materials collection of the Greenville County Library System (Library System) be reconsidered by completing a *Request for Reconsideration of Library Material* form.

**Request for Reconsideration Form:**

1. A *Request for Reconsideration of Library Material* form may be obtained from a Library System staff member or the Library System website.

2. A completed and signed form may be given to any Library System staff member, emailed to RFR@greenvillelibrary.org or mailed to Technical Services Manager, Greenville County Library System, 25 Heritage Green Place, Greenville, SC 29601.

3. Requests are considered in the order they are received. A 90-day response time is allowed for each request. If additional time is needed, the Executive Director will notify the Library Board and the person who submitted the request (Requester).

4. The Executive Director shall send the Requester a response approximately 90 days from when the Technical Services Manager receives the form.

**Reconsideration Process:**

1. When a form is received, Library System staff shall complete the applicable parts of the Library System Use Only section and send it to the Technical Services Manager.

2. The Technical Services Manager shall forward the form to the Executive Director, Collection Development Committee, and/or other designated Library System staff members for review. Those staff members may place a priority hold on the item in question so as to obtain it as soon as possible.

3. The Collection Development Committee and/or other designated Library System staff shall evaluate the item in question using the following processes:

    a. Reading, viewing, and/or listening to the item, specifically considering the Requester's written concerns and the *Collection Development and Maintenance Policy*;

    b. Consulting reviews and recommended lists to determine the opinions of experts, critics, and others;

Approved by the Board of Trustees
December 10, 2012; Revised 6/24/24

    c. Meeting to discuss the Requester's concern(s) and deciding whether the item meets selection criteria and its classification is in compliance with the *Collection Development and Maintenance Policy*.

4. Based on their evaluation, the Collection Development Committee and/or other designated Library System staff shall formulate a recommendation regarding the item's classification and retention in the materials collection. The Technical Services Manager or other designated Library System staff shall report the recommendation to the Executive Director.

5. The Executive Director shall consider the recommendation from staff and send the Requester a letter that includes the decision(s) regarding the item in question and how to submit an appeal.

**Appeal Process:**

1. If not satisfied with the Executive Director's decision, a Requester may submit a written appeal to the Library Materials Committee of the Library Board of Trustees at 25 Heritage Green Place, Greenville, SC 29601 within thirty (30) days of receiving the Executive Director's letter.

2. The Library Materials Committee of the Library Board shall consider an appeal and make a recommendation regarding it to the Library Board of Trustees.

3. The Library Board of Trustees shall consider the Library Materials Committee recommendation at a future regularly scheduled Library Board Meeting.

4. The Executive Director shall inform the Requester of the date the Library Board is scheduled to vote on the appeal.

5. The Library Board Chair shall inform the Requester in writing of the Library Board's action.

6. The Library Board of Trustees is the final authority in determining whether an item is reclassified or retained in the Library System's materials collection.



*Approved by the Board of Trustees*
*November 20, 2002;*
*Revised 11/19/12, 6/24/24*

# REQUEST FOR RECONSIDERATION OF LIBRARY MATERIAL

**Information about the Item** (*Please print*):

Title: _____

Author: _____

Date of publication: _____

**Type of Material** (*Please check all that apply*):

☐ Book     ☐ Magazine     ☐ Musical Recording     ☐ Newspaper

☐ Spoken Word Recording     ☐ Video Recording     ☐ Other

**Contact Information** (*Please print*):

Requester: _____

Address: _____

City: _____   County: _____   State: ____   Zip Code: _____

Telephone: _____   Email: _____

**You will receive a written response in approximately 90 days.** A 90-day response time is allowed for each request. If additional time is needed, you will be notified.

For further information, see "Reconsideration of Library Materials Regulations" on Library System website.

_____

*For Library System use only:*

| | | |
|---|---|---|
| Date form received: | Initials: | Unit/Location: |
| Date form sent to Technical Services Manager: | | |
| Date form received by Technical Services Manager: | | |
| Date of response from Executive Director: | | |

*Approved by the Board of Trustees*
*November 20, 2002;*
*Revised 11/19/12, 6/24/24*

**Nature of Concern** (*Please print*):

1. a. ☐ I believe this material violates the Library System's *Collection Development and Maintenance Policy*. (Please cite examples of how the material violates the policy. See [Collection Development and Maintenance Policy](#) on Library System website. If additional space is needed, please attach another sheet.)

   _____
   _____
   _____
   _____
   _____

   b. ☐ I don't know if this material violates the Library System's *Collection Development and Maintenance Policy*, but I find the following content objectionable. (Please provide specific examples.)

   _____
   _____
   _____
   _____
   _____

2. What action would you prefer the Library System take regarding this material?

   _____
   _____
   _____
   _____

_____
Signature

_____
Date

**Please return this form to the nearest Library System location, email it to [RFR@greenvillelibrary.org](mailto:RFR@greenvillelibrary.org), or mail it to:**

**Technical Services Manager**
**Greenville County Library System**
**25 Heritage Green Place**
**Greenville, SC 29601-2034**