

Approved by the Library Board of Trustees 12/5/22
Revised 4/24/23; 10/23/23

# GREENVILLE (SC) COUNTY LIBRARY SYSTEM
# DISPLAY OF LIBRARY MATERIALS AND INFORMATION POLICY

**Materials**

Greenville County Library System (Library System) staff may display only new arrivals and other unrelated items face out.

Items displayed face out shall be appropriate for all audiences regardless of where they are placed in a Library System facility. To be considered appropriate for all audiences the cover of an item must not include a depiction of cruelty or violence, anything sexual in nature, profanity, or vulgar language.

- Materials displayed together shall include only items classified for one age group: children, teens/young adults, or adults.
- Only materials classified for children are to be displayed in the children's area of Library System facilities.
- One item may be placed with its cover face out when there is enough empty space on that item's shelf to accommodate the item in that position.
- One non-fiction title about the same subject or one title per fiction genre or author pulled from the materials shelved on the double-faced ranges of shelving attached to an end panel, may be placed with their cover facing out on that end panel.
- Unrelated children's books classified as Easy (E) may be placed with their covers facing out on the top of shelving and on display furniture in children's areas.
- The following disclaimer statement shall appear where five or more items are displayed together:
  "The Library System offers resources that present a wide variety of views and opinions on current and historical issues. The inclusion of an item in a Library System materials collection or on display with its cover face out does not represent an endorsement of the item's content by the Library System."
- New arrivals classified for adults shall be placed with their covers facing out on display furniture, where available, with a "New Arrivals" sign that includes the above disclaimer statement. (The New York Times Bestseller Lists may be placed in the vicinity of new arrivals.)
- New arrivals classified for young adults may be placed with their covers facing out on display furniture, where available, with a "New Arrivals" sign that includes the above disclaimer statement.
- New arrivals classified for children may be placed with their covers facing out on the top of shelving and display furniture, where available, in children's areas with a "New Arrivals" sign that includes the above disclaimer statement.
- Library Materials related to paid holidays observed by both Greenville County Government and the Greenville County Library System may be displayed together with their covers facing out on display furniture, where available, with a sign that includes only the same name of the holiday as used on the closure schedule published by GCLS and the above disclaimer statement. Holiday library materials displays should go up no earlier than two weeks prior to the Library's closure date for that holiday and should be taken down no later than two days after the closure date. The executive director or his/her designee may remove any material

*Approved by the Library Board of Trustees 12/5/22*
*Revised 4/24/23; 10/23/23*

from a display if he/she determines the material is overtly political, provocative, inappropriate, or not relevant to the respective holiday.

Library System materials related to a Library System event shall be displayed in the event space during the event.

**Informational Postings**
Only informational items supplied or authorized by the Library System Executive Director or their designee may be displayed solely on Library System bulletin boards, foyer cases, or windows in public areas. Such items shall be limited to:

- promotion of Library System resources, services, and events
- information from other governmental agencies, identified as such on the items.

Informational items and decorations are not to be attached to public services desks, walls, columns, or floors, or suspended from ceilings or fixtures in public areas. Items and decorations related to a Library System event held in a meeting room are permitted in the event space.

**Items for Distribution**
Only items supplied or authorized by the Library System Executive Director or their designee may be made available for distribution at any Library System facility or outreach event. Such items shall be limited to:

- promotion of Library System resources, services, and events
- items from other governmental agencies, identified as such on the items.

Only publications produced or authorized by Community Engagement, or handouts created using a Community Engagement-produced template for the purpose of promoting a Library System event, may be made available for distribution on public service desks.