# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| O.R., by and through his parents, Cheryl Rogers and Greg Rogers, on behalf of himself and those similarly situated;<br><br>CHERYL ROGERS;<br><br>GREG ROGERS;<br><br>E.G., by and through her mother, Amber Galea, on behalf of herself and those similarly situated;<br><br>M.G., by and through her mother, Amber Galea; and<br><br>W.M., by and through his mother, Kersey Clark,<br><br>        *Plaintiffs*,<br><br>v.<br><br>GREENVILLE COUNTY, SOUTH CAROLINA;<br><br>GREENVILLE COUNTY LIBRARY SYSTEM;<br><br>BEVERLY JAMES, in her official capacity as Executive Director of the Greenville County Library System; and<br><br>KAREN ALLEN, in her official capacity as Youth Services Manager of the Greenville County Library System,<br><br>        *Defendants*. | Civil Action No. 6:25-cv-02599-DCC<br><br>**CONSENT MOTION FOR AN EXTENSION OF TIME** |

  Pursuant to Local Civil Rule 6.01 (D.S.C.), Defendants the Greenville County Library System, Beverly James, and Karen Allen respectfully request a 14-day extension of time in which to file a responsive pleading. Currently, these Defendants' responsive pleading is due on Friday, June 13, 2025 (*see* ECF No. 10). If the extension sought by this Motion is granted, the new deadline will be Friday, June 27, 2025. Counsel for Plaintiffs has consented to the extension.

This extension is requested due to counsel's other litigation deadlines and court appearances that have hindered (and, in the coming week, will continue to hinder) his ability to prepare a responsive pleading in this case. This extension, if granted, will not affect any other deadline, and no party will be prejudiced by the extension.

          Respectfully submitted,

          NELSON MULLINS RILEY & SCARBOROUGH LLP

          By: s/ Miles E. Coleman
              Miles E. Coleman (Fed. Bar No. 11594)
              E-Mail: miles.coleman@nelsonmullins.com
              2 W. Washington Street / Suite 400
              Greenville, SC 29601
              (864) 373-2300

*Attorney for the Greenville County Library System, Beverly James, in her official capacity as Executive Director of the Greenville County Library System, and Karen Allen, in her official capacity as Youth Services Manager of the Greenville County Library System*

Greenville, South Carolina
June 6, 2025