AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina ▼

O.R., by and through his parents, Cheryl Rogers, et al )
    *Plaintiff* )
    v. )    Case No. 6:25-cv-02599-DCC
Greenville County, SC, Greenville County Library, et al )
    *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Greenville County Library System, Beverly James and Karen Allen

Date:    06/30/2025

*/s/ John P. Riordan*
*Attorney's signature*

John P. Riordan, Fed. I.D. 07314
*Printed name and bar number*

325 Rocky Slope Road, Suite 201
Greenville, SC 29607

*Address*

jpriordan@wjcblaw.com
*E-mail address*

(864) 672-3721
*Telephone number*

(864) 373-7055
*FAX number*