# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| O.R., by and through his parents, Cheryl Rogers and Greg Rogers, on behalf of himself and those similarly situated; <br><br> CHERYL ROGERS; <br><br> GREG ROGERS; <br><br> E.G., by and through her mother, Amber Galea, on behalf of herself and those similarly situated; <br><br> M.G., by and through her mother, Amber Galea; and <br><br> W.M., by and through his mother, Kersey Clark, <br><br> *Plaintiffs*, <br> v. <br><br> GREENVILLE COUNTY, SOUTH CAROLINA; <br><br> GREENVILLE COUNTY LIBRARY SYSTEM; <br><br> BEVERLY JAMES, in her official capacity as Executive Director of the Greenville County Library System; and <br><br> KAREN ALLEN, in her official capacity as Youth Services Manager of the Greenville County Library System, <br><br> *Defendants*. | C/A No. 6:25-cv-02599-DCC |

## DECLARATION OF BEVERLY JAMES

I, Beverly James, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  My name is Beverly James. I am over the age of 18 and am competent to make this declaration. I am a citizen and resident of South Carolina. The facts stated herein are true of my own personal knowledge, and if called to testify, I would so testify.

2.  I am the Executive Director of the Greenville County Library System (the "Greenville Library") in Greenville, South Carolina. I have served in this role for 25 years. Prior to that time, I served as the Director of Libraries at the city of Roanoke, Virginia. I have a master's

degree in Library Science from the University of Kentucky. I also have a master's degree in Public Administration from Virginia Tech.

3. As the Executive Director of the Greenville Library, I am responsible for, among other things, strategic planning, budgeting, personnel management, overseeing daily operations, and managing collections.

4. I am familiar with the factual allegations and claims made in the Amended Complaint in this case. I am also familiar with the information and materials described in this declaration.

5. Each of the 13 locations of the Greenville Library has a Parenting and Early Childhood ("PEC") section. The PEC sections contain a variety of books about topics including sex ed, divorce, potty training, and more. In addition, the PEC sections contain any books that are relocated from the Children's and Young Adults' pursuant to the Greenville Library's Collection Development and Maintenance Policy revisions adopted on February 26, 2024, and August 16, 2024. The PEC sections are not limited to books relocated from the juvenile sections or to books about sexual orientation or gender identity.

6. Prior to the Library Board's vote on February 26, 2024, to amend the collection policy, not every Greenville Library location had a PEC section. As of February 26, 2024, however, and consistent with the policy revision adopted that day, planning began for any Greenville Library location containing books that were to be relocated to the PEC section to have a PEC section to hold those books at that same location.

7. No books have been removed from any Greenville Library location or have been moved from one location to another because of the Library Board's policy revisions adopted on February 26, 2024, or August 16, 2024. Rather, any books that were to be reshelved in a PEC

section pursuant to those revisions were relocated to the PEC section in the same Greenville Library location where they were located at the time of those policy revisions.

8. At the time this litigation commenced on March 26, 2025, every Greenville Library location had a PEC section and still does today.

9. As of February 11, 2026, the Greenville Library's collection includes books categorized under the computer searchable subjects "LGBTQ"(628 books), "transgender"(261 books), "LGBTQIA"(268 books), "gender identity"(185 books), "gender identity – juvenile fiction"(24 books), "gender identity – juvenile literature"(13 books), and "gender identity – comic books, strips, etc."(14 books). Although the exact number of books in a given category can change from one day to the next if books are lost, withdrawn due to damage, or new books are acquired, the presence of these categories and the numbers of books in them today are generally representative of the Greenville Library's collection in the past two years. Books from each of these categories (though not *all* the books from each category) are included in the PEC sections of various library locations. The PEC sections and the category topics listed in this paragraph are curated in the same manner as any other section or topic, including by the ongoing acquisition of new, relevant material.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 11th day of February 2026.

*Beverly James* (signature)
Beverly James

3