# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# GREENVILLE DIVISION

| | | |
|---|---|---|
| O.R., by and through his parents, Cheryl Rogers and Greg Rogers, on behalf of himself and those similarly situated; Cheryl Rogers; Greg Rogers; E.G., by and through her mother, Amber Galea, on behalf of herself and those similarly situated; M.G by and through her mother, Amber Galea; and W.M., by and through his mother, Kersey Clark, | ) ) ) ) ) ) ) ) ) | Civil Action No. 6:25-2599-DCC |
| Plaintiffs, | ) ) ) | **NOTICE OF MOTION AND MOTION FOR RECONSIDERATION AND/OR CLARIFICATION OR AMENDMENT OF COURT ORDER** |
| v. | ) ) | |
| Greenville County, South Carolina; Greenville County Library System; Beverly James, in her official capacity as Executive Director of the Greenville County Library System; and Karen Allen, in her official capacity as Youth Services Manager of the Greenville County Library System, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

TO:  D. ALLEN CHANEY, JR., SAMUEL KENNEDY, SHANA KNIZHNIK, AND JOSHUA BLOCK, COUNSEL FOR PLAINTIFF

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the Defendant Greenville County moves before the United States District Court for the District of South Carolina, Greenville Division, for an Order, pursuant to Rule 54(b), FRCP, granting reconsideration or

more specifically clarification or amendment of the Court's Order filed March 19, 2026, for the limited purposes stated below.  (ECF #44).

In that Order, the Court used a caption which removes Greenville County Library System as a party-defendant.  The original Complaint and the Amended Complaint, which is the current operative pleading, includes the Greenville County Library System as a party-defendant in the caption and throughout the body of the pleading.  It appears that a clerical error has resulted in the Greenville County Library System being inadvertently removed as a party-defendant.

Thereafter, in the Order itself, the Court refers to the moving parties as "Defendants" which would be inclusive of the Defendant Greenville County.  However, the motion to dismiss before the Court and adjudicated by the Order was filed only by the Defendants Greenville County Library System, Beverly James, and Karen Allen, which have been referred to as the "Library Defendants" to distinguish them from the Defendant County.  The Defendant County, to this point, has not filed any dispositive motions and has not joined the motion to dismiss filed by the Library Defendants.

The Defendant Greenville County, therefore, respectfully requests that the Order be amended to clarify that the Greenville County Library System remains as a party-defendant and should be included in the caption and that the moving parties be referred to as the "Library Defendants" so as to distinguish them from Greenville County, which is not a moving party.

Pursuant to Local Civil Rule 7.04 (D.S.C.), a full explanation of this motion is contained herein, and a separate memorandum would serve no useful purpose.

2

LINDEMANN LAW FIRM, P.A.

BY: _s/ Andrew F. Lindemann_
    ANDREW F. LINDEMANN    #5070
    5 Calendar Court, Suite 202
    Post Office Box 6923
    Columbia, South Carolina 29260
    (803) 881-8920
    Email: andrew@ldlawsc.com

*Counsel for Defendant Greenville County*

April 16, 2026

3