**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| O.R., by and through his parents, Cheryl Rogers and Greg Rogers, on behalf of himself and those similarly situated;<br><br>CHERYL ROGERS;<br><br>GREG ROGERS;<br><br>E.G., by and through her mother, Amber Galea, on behalf of herself and those similarly situated;<br><br>M.G., by and through her mother, Amber Galea; and<br><br>W.M., by and through his mother, Kersey Clark,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREENVILLE COUNTY, SOUTH CAROLINA;<br><br>GREENVILLE COUNTY LIBRARY SYSTEM;<br><br>BEVERLY JAMES, in her official capacity as Executive Director of the Greenville County Library System; and<br><br>KAREN ALLEN, in her official capacity as Youth Services Manager of the Greenville County Library System,<br><br>*Defendants*. | Civil Action No. 6:25-cv-02599-DCC |

**NOTICE OF THE DOCKETING OF AN INTERLOCUTORY APPEAL**

Defendants Greenville County Library System, Beverly James, and Karen Allen (collectively the "Library Defendants") file this Notice in lieu of a Notice of Appeal to alert the district court of the Fourth Circuit's docketing of an interlocutory appeal in this matter and to pay the associated appellate filing fee. The procedural posture is described briefly below.

On May 28, 2026, the district court certified for interlocutory appeal its order in this case that had granted in part and denied in part the Library Defendants' Motion to Dismiss. *See* Certification Order (ECF 50). On June 8, 2026, the Library Defendants filed their unopposed appellate petition asking the Fourth Circuit to accept the interlocutory appeal. *See* Petition (Dkt. 2), *O.R. v. Greenville Cnty. Library Sys.*, No. 26-178 (4th Cir.). On July 2, the Fourth Circuit

granted the petition, transferred the appeal to the regular appellate docket, and assigned a new appellate case number. *See* Order Granting Petition (Dkt. 17), *O.R. v. Greenville Cnty. Library Sys.*, No., 26-178 (4th Cir.); *see also* Order Granting Petition, Transferring to Regular Docket, and Assigning Docket Number (Dkt. 2), *O.R. v. Greenville Cnty. Library Sys.*, No. 26-1844 (4th Cir.).

In this procedural posture, an appellant need not file a Notice of Appeal with the lower court, *see* Fed. R. App. P. 5(d)(2) (noting that when the appellate court grants a petition for interlocutory appeal, "[a] notice of appeal need not be filed"); however, the Fourth Circuit instructed the Library Defendants to pay the appellate filing fee to the district court on or before July 17, 2026. *See* Fee Notice (Dkt. 3), *O.R. v. Greenville Cnty. Library Sys.*, No. 26-1844 (4th Cir.). Accordingly, the Library Defendants file this Notice of the Docketing of an Interlocutory Appeal formally to alert the district court of the pending appeal and, simultaneously, to submit payment of the appellate filing fee via the ECF system.

<div style="margin-left:40%">

Respectfully Submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP.

s/ Miles E. Coleman_____
    Miles E. Coleman
    E-Mail: miles.coleman@nelsonmullins.com
    2 West Washington Street / Suite 400
    Greenville, SC 29601
    (864) 373-2300

WILSON JONES CARTER & BAXLEY
    Charles F. Turner, Jr. (Fed. ID No. 05849)
    E-Mail: cfturner@wjcblaw.com
    J. Nathan Ozmint (Fed. ID No. 14360)
    E-Mail: jnozmint@wjcblaw.com
    John P. "Jack" Riordan (Fed. ID No. 07314)
    E-Mail: jpriordan@wjcblaw.com
    325 Rocky Slope Rd., Suite 201
    Greenville, South Carolina 29607
    (864) 672-3711

</div>

July 16, 2026
Greenville, SC